IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | Case No.: 4:20-CR-00056-RSB-CLR |
| ) | |
| PHOENIX FISHERIES, LLC (8) ) | |
| MARK LEON HARRISON  (9) ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

Application for Leave of Absence has been requested by Harry D. Dixon, Jr. for Monday, March 6, 2023 through Wednesday, March 8, 2023; Friday, March 10, 2023 through Monday, March 13, 2023; Thursday, May 4, 2023 through Tuesday, May 9, 2023; Friday, July 14, 2023 through Wednesday, July 26, 2023; and Friday, August 11, 2023 through Friday, August 18, 2023 in the above captioned case. The above and foregoing request for Leave of Absence is **GRANTED**. Mr. Dixon is provided Leave of Court.

So **ORDERED** this 20th day of February, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

ORDER PREPARED BY:

Harry D. Dixon, Jr.
State Bar No. 223375
7 E. Congress Street, Suite 400
Savannah, Georgia 31401
Telephone: (912) 443-4070
Facsimile: (912) 644-6702
ddixon@donniedixonlaw.com